UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| VS. | : CRIMINAL NO. |
| | : |
| ANDREW DANCHA, | : |
|         Defendant | : |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

### PRESCRIPTION DRUG MARKETING FRAUD

Beginning on or about January 1, 2004, and continuing to on or about December 31, 2008, in the Middle District of Pennsylvania,

ANDREW DANCHA

willfully and knowingly sold promotional drug samples furnished to him and his office, Carbon Medical Associates, to John Roman and his business, Community Pharmacy.

In violation of Title 21, United States Code, Section 353(c)(2) and 333(b)(B).

*[signature]*
DENNIS PFANNENSCHMIDT
United States Attorney

Dated: __4-27__, 2010